```
 1  MICHAEL J. MCCABE
    California Bar No. 54078
 2  2442 Fourth Avenue
    San Diego, CA 92101
 3  Telephone (619) 231-1181
    Fax (619) 232-6052
 4
    Attorney for Defendant
 5  JOHN SULLIVAN
```

FILED

OCT - 4 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Crim. Case No. 06CR1516-LAB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) ENLARGING TRAVEL |
| | ) RESTRICTIONS ON BOND |
| JOHN SULLIVAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the plaintiff, United States of America, through its attorney, AUSA Michael J. Crowley, and the defendant, John Sullivan, through his attorney, Michael J. McCabe, that the travel restrictions on Mr. Sullivan's bond in the above-entitled case be enlarged to permit him to travel throughout the State of California. All other terms and conditions of that bond are to remain in full force and effect.

DATED: September 27, 2006
_____
AUSA MICHAEL J. CROWLEY

DATED: September 27, 2006
_____
MICHAEL J. MCCABE
Attorney for Defendant
JOHN SULLIVAN

**SO ORDERED:**

DATED: 10-4-06
_____
HONORABLE ~~LEO S. PAPAS~~ Larry A. Burns
United States ~~Magistrate~~ Judge

ORIGINAL