(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED 06 DEC -5 PM 12: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



BY _____ DEPUTY

U. S. A. vs. JOHN THOMAS SULLIVAN             Docket No. 06CR1516LAB-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Tammy Riedling Pretrial Services Officer presenting an official report upon the conduct of defendant JOHN THOMAS SULLIVAN who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego, on the 14th day of August, 2006, under the following conditions:

restrict travel to the State of California, do not enter Mexico; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse (6 random tests per month during business hours; drug treatment to be determined after evaluation); actively seek and maintain full-time employment, schooling or a combination of both; clear all warrants/FTA's within 45 days of release; and no driving without valid drivers license.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant has expressed a desire to attend psychiatric or psychological counseling. Defense counsel and the sureties do not oppose the modification.

PRAYING THE COURT WILL MODIFY THE CONDITIONS OF RELEASE TO INCLUDE: SUBMIT TO TREATMENT FOR PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING.

ORDER OF COURT

Considered and ordered this 1st day of December, 2006 and ordered filed and made a part of the records in the above case.

_____
Larry A. Burns, U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 30, 2006

Respectfully,

_____ for
Tammy Riedling, U.S. Pretrial Services Officer
(619) 557-7207

Place   San Diego, California

Date    November 30, 2006