UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

| UNITED STATES OF AMERICA, | ) | Case No.: 06CR1516-LAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE OF PROPERTY** |
| JOHN SULLIVAN, | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the $250,000.00 personal surety bond for defendant, John Sullivan, in the above-entitled case be exonerated.

IT IS FURTHER ORDERED that the Clerk of this Court execute a reconveyance of the property posted as security for that personal surety bond, in the amount of $250,000, and send that reconveyance to:

    James and Anna Martensen
    5144 Brownell Street
    San Diego, CA  92110-1508

**SO ORDERED**.

Dated:  8/30/07

                        LARRY A. BURNS
                        United States District Court Judge